THE HONORABLE BARBARA J. ROTHSTEIN

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendant Wright
National Flood Insurance Company

IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVEEN PARMAR and MEENA PARMAR, husband and wife and the marital community comprised thereof; and MEENA & AS LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>CRAWFORD & COMPANY, JOHN LUNA, RYAN TOPOROWSKY, AMGUARD INSURANCE COMPANY, WRIGHT NATIONAL FLOOD INSURANCE COMPANY, JOHN DOE NUMBER 1, LINDA OH and SANDRA OH,<br><br>Defendants. | Cause No. 2:23-cv-00878-BJR<br><br>**ORDER GRANTING WRIGHT NATIONAL FLOOD INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

This matter is before the Court on Defendant Wright National Flood Insurance Company's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint. Having conferred, the parties agree that Defendant shall file a response to the Complaint by

June 23, 2023. It appearing that all parties agree to the requested extension, and the Court deeming it proper to do so, it is hereby

**ORDERED** that Defendant's Unopposed Motion for Extension of Time to Respond to the Complaint is **GRANTED**; and it is further

**ORDERED** that the time within which Wright must file a response to the Complaint is hereby extended to and including June 23, 2023.

Dated:  June 14, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By:     *s/ Michael E. McFarland, Jr.*
         MICHAEL E. McFARLAND, JR., #23000
         Attorneys for Defendant Wright National Flood
         Insurance Company