THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NAVEEN PARMAR and MEENA PARMAR, husband and wife and the marital community comprised thereof; and MEENA & AS LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>CRAWFORD & COMPANY; JOHN LUNA; RYAN TOPOROWSKY; AMGUARD INSURANCE COMPANY; WRIGHT NATIONAL FLOOD INSURANCE COMPANY; JOHN DOE NUMBER 1; LINDA OH; and SANDRA OH,<br><br>Defendants. | No. 2:23-cv-00878-BJR<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR REMAND |

This matter comes before the Court on Plaintiffs' Motion to Remand. Having reviewed the motion, Defendants' response, and any reply, the Court rules as follows:

1. The basis for this Court's jurisdiction over this matter was the Plaintiffs' action against former defendant Wright National Flood Insurance Company ("Wright National"), which Wright National contended presented a federal question under 42 U.S.C. § 4072. Dkt. No. 1.

2. Plaintiffs' claims against Wright National were dismissed on June 22, 2023. Dkt. No. 10.

3. With the federal claims dismissed, the Court has discretion whether to retain supplemental jurisdiction over the Plaintiffs' remaining state-law claims. 28 U.S.C. § 1367(c)(3).

4. The parties conferred and all Defendants who have appeared in this action stipulated to remand.

5. The Court finds that interests of judicial economy, the early stage of this litigation, the issues of state law remaining to be decided, and the absence of prejudice to any party from resolving this matter in state court, weigh in favor of remanding the remaining state-law claims. *Satey v. JPMorgan Chase & Co.*, 521 F.3d 1087, 1091 (9th Cir. 2008) (citing *Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350, 108 S. Ct. 614, 98 L. Ed. 2d 720 (1988)).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' motion is GRANTED. The Clerk of Court shall immediately REMAND this matter to the Superior Court of the State of Washington for King County.

IT IS SO ORDERED.

Dated: July 6, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

**RUIZ & SMART LLP**

ORDER GRANTING PLAINTIFFS'
UNOPPOSED
MOTION FOR REMAND
(No. 2:23-cv-00878-BJR) - 2

RUIZ & SMART LLP
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

1  By: s/ *William C. Smart*
   William C. Smart, WSBA #8192

2

3  William C. Smart, WSBA #8192
   Kathryn Knudsen, WSBA #41075
4  McKean J. Evans, WSBA #52750
   1200 Fifth Avenue, Ste 1220
5  Seattle, WA 98101
   Tel: 206-203-9100
6  Fax: 206-785-1702
   wsmart@ruizandsmart.com
7  kknudsen@ruizandsmart.com
   mevans@ruizandsmart.com
8
   *Counsel for Plaintiffs*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING PLAINTIFFS'
UNOPPOSED
MOTION FOR REMAND
(No. 2:23-cv-00878-BJR) - 3

**Ruiz & Smart LLP**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702